UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bremen Industrial Carriers Ltd, *et al.*,

               Plaintiffs,

          v.

Societe Anonyme Marocaine de L'Industrie du
Raffinage, *et al.*,

               Defendants.

Civil Action No. 15 - 5137

**MEMORANDUM IN SUPPORT OF
MOTION FOR COMPULSORY
PROCESS AGAINST GARNISHEES
TURKISH AIRLINES, INC.,
EMIRATES, EGYPTAIR CORP., AND
ALITALIA- COMPAGNIA AEREA
ITALIANA S.P.A.**

---

Plaintiffs Bremen Industrial Carriers Ltd, et al., ("Plaintiffs") have moved for an Order providing for compulsory process against defaulting Garnishees Turkish Airlines, Inc., Emirates, Egyptair Corp., and Alitalia-Compagnia Aerea Italiana S.P.A.

On August 19, 2015, Turkish Airlines, Inc., Emirates, Egyptair Corp., and Alitalia-Compagnia Aerea Italiana S.P.A. accepted personal service of the Process of Maritime Attachment and Garnishment ("Garnishment Writ") requested by Plaintiffs and issued by this Court.  Service for Turkish Airlines, Inc. was made upon Andrew L. Odell, Esq., 1290 Avenue of Americas 30 fl, New York, New York 10104.  Service for Emirates was made at 55 E 59th St. 5th Fl, New York, New York 10022.  Service for Egyptair Corp. was made at 19 West 44th Street, Suite #1701, New York, New York 10036.  Service for Alitalia–Compagnia Aerea Italiana S.P.A. was made at Kaplan, Massamillo & Andrews, LLC, 70 East 55th Street 25th Floor, New York, New York 10022.  *See* Doc. No. 26.

The Garnishment Writ required each of the named Garnishees to serve its answer within 21 days after service of process and directed each to "attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee

named, up to the Garnishment Amount." Each Garnishee was required to file its answer with the Court. To date – 47 days after being served – each has failed to answer the Garnishment Writ.

This is a case of admiralty and maritime jurisdiction and was brought pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure. Supplemental Rule B(3)(a) provides for compulsory process where, as here, a garnishee fails to answer a writ of garnishment:

> If the garnishee refuses or neglects to answer on oath as to the debts, credits, or effects of the defendant in the garnishee's hands, or any interrogatories concerning such debts, credits, and effects that may be propounded by the plaintiff, **the court may award compulsory process against the garnishee**.

(Emphasis added).

Each of the named Garnishees has failed to answer the Garnishment Writ as required by Supplemental Rule B. Plaintiffs therefore further seek compulsory process against each Garnishee by way of an Order directing each Garnishee to appear for a deposition to testify as to the matters contained in the Verified Complaint, including its relationship and business dealings with Defendant Societe Anonyme Marocaine de L'Industrie du Raffinage (S.A.M.I.R.).

WHEREFORE, Plaintiffs respectfully request this Court grant their motion.

Dated: October 5, 2015.

/s/ J. Stephen Simms
J. Stephen Simms, *pro hac vice*
SIMMS SHOWERS LLP
201 International Circle, Suite 250
Hunt Valley, Maryland 21030
Tel:    410-783-5795
Fax:    410-510-1789
Email:  jssimms@simmsshowers.com

Attorneys for Plaintiff

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 5th day of October, 2015, a true and complete copy of the foregoing was served via the Court's CM/ECF system on all counsel of record.

<u>/s/ J. Stephen Simms</u>