USDC SDNY
DOCUMENT
ELECTRONICALLY FIL:
DOC #:
DATE FILED: 10-22-15

Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bremen Industrial Carriers Ltd, et al.,

    Plaintiffs,

v.

Societe Anonyme Marocaine de L'Industrie du Raffinage, et al.,

    Defendants.

Civil Action No. 15 - 5137

**ORDER**

---

WILLIAM H. PAULEY III, District Judge:

The Court has reviewed the motion of Plaintiffs seeking compulsory process against Garnishees Turkish Airlines, Inc., Emirates, Egyptair Corp., and Alitalia- Compagnia Aerea Italiana S.P.A. in the form of an Order requiring each of them to appear for a deposition.

Accordingly, IT IS HEREBY ORDERED THAT Garnishees Turkish Airlines, Inc., Emirates, Egyptair Corp., and Alitalia-Compagnia Aerea Italiana S.P.A. each shall, no later than 14 days after service of this Order, appear to testify as to the matters contained in the Verified Complaint, including its relationship and business dealings with Defendant Societe Anonyme Marocaine de L'Industrie du Raffinage (S.A.M.I.R.) at a deposition scheduled by Plaintiff.

Dated: 10/21/2015
    New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.