Pauley, W.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-22-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bremen Industrial Carriers Ltd, *et al.*,

        Plaintiffs,

    v.

Societe Anonyme Marocaine de L'Industrie du Raffinage, *et al.*,

        Defendants.

Civil Action No. 15 - 5137

**FINAL JUDGMENT**

WILLIAM H. PAULEY III, District Judge:

    The Court, having reviewed Plaintiff Fletching Corp.'s ("Fletching") motion for partial summary judgment, pursuant to New York's Uniform Foreign Money Judgments Recognition Act, codified in New York's C.P.L.R. Article 53, recognizing and confirming the Judgment rendered in favor of Fletching Corp. and against Defendant Societe Anonyme Marocaine de L'Industrie du Raffinage ("SAMIR") by the High Court of Justice, Queen's Bench Division, Commercial Court, London, England [Dkt. No. 35], and its subsequent request for the entry of a final judgment, hereby finds that Fletching is entitled to partial summary judgment.

    The time has passed for SAMIR to file a response to Fletching's motion for partial summary judgment. SAMIR did not file a response, and further confirmed to Plaintiff's counsel that SAMIR does not plan to respond. This Court, therefore, shall accept the facts set forth by Fletching as undisputed and grant final judgment recognizing and confirming the Judgment rendered in favor of Fletching Corp. and against SAMIR. Accordingly, it is hereby

    ORDERED that Judgment is hereby entered against Societe Anonyme Marocaine de L'Industrie du Raffinage and in favor of Fletching Corp., recognizing and confirming the Judgment rendered by the High Court of Justice, Queen's Bench Division, Commercial Court,

London, England, in the amount of US $186,485.72 (U.S. $176,118.05 for principal and interest to date of Judgment, and U.S. $10,367.67 for costs) plus interest at 8% from October 27, 2014 until paid; and it is further

ORDERED, that this Judgment shall be final pursuant to Fed. R. Civ. P. 54(b) and subject to appeal pursuant to 28 U.S.C §1291.

Dated:  10/21/2015
          New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.